# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

KEITH MCCLELLAN                                                        PLAINTIFF

v.                        NO. 4:18-cv-00929-JM

WAL-MART ASSOCIATES, INC.                                DEFENDANT

## **ORDER OF DISMISSAL**

Pursuant to the Stipulation of Dismissal previously filed, this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 24th day of June, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE